JEFFERY C. LONG, State Bar # 009430
**LEVANGIE LONG LOORZ**
2969 Prospect Park Drive Suite #125
Rancho Cordova, CA 95670
Tel: (916) 443-4849
Fax: (916) 443-4855

JENNIFER MAHE, State Bar #009620
**MAHE LAW, LTD.**
707 N. Minnesota Street, Suite D
Carson City, NV 89703
Tel: (775) 297-4321
Fax: (775) 297-4258

Attorneys for Defendant
JEWISH FAMILY SERVICE AGENCY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DECEMBER THOMAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JEWISH FAMILY SERVICE AGENCY, a nonprofit corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-2295<br><br>**STIPULATION TO EXTEND TIME FOR FILING ANSWER**<br><br>Pursuant to Fed. R. Civ. P. 6(b)(1)<br><br>Complaint filed:   12/11/24<br>Trial Date:         Not assigned. |

IT IS HEREBY STIUPLATED by and between the parties, Plaintiff DECEMBER THOMAS (hereafter, "Plaintiff") and Defendant JEWISH FAMILY SERVICE AGENCY (hereafter, "Defendant"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff filed their Complaint on December 11, 2024.

WHEREAS, Plaintiff served the Summons and Complaint on or about December 12, 2024.

WHEREAS, Defendant desires additional time to prepare and file an answer.

WHEREAS, Plaintiff is willing to provide additional time for Defendant to prepare and file its answer.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. Defendant's last day to file its answer in response to the Complaint on file in this matter is extended from January 3, 2025, to January 20, 2025.

IT IS SO STIPULATED AND AGREED.

Dated: January 2, 2025

LEVANGIE LONG LOORZ

_____
JEFFERY C. LONG
Attorneys for Defendant
JEWISH FAMILY SERVICE AGENCY

Dated: January 2, 2025

BAIN MAZZA & DEBSKI, LLP

_____
KATHRYN BAIN
Attorney for Plaintiff
DECEMBER THOMAS

**IT IS SO ORDERED**.

Dated: 1-3-25

_____
UNITED STATES MAGISTRATE JUDGE