Kathryn L. Bain, State Bar No. 15496
BAIN MAZZA & DEBSKI LLP
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: (702) 919-1090
Fax: (650) 763-3933
kbain@bmdlegal.com

Attorneys for Plaintiff
DECEMBER THOMAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DECEMBER THOMAS, an individual, | Case No. 2:24-cv-2295 |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION AND [PROPOSED] ORDER** |
| JEWISH FAMILY SERVICE AGENCY, a nonprofit corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

-2-

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: March 12, 2025

BAIN MAZZA & DEBSKI LLP

*/s/ Kathryn L. Bain*

Kathryn L. Bain
Nevada Bar No. 15496
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: 702.919.1090
*Attorney for Plaintiff December Thomas*

Dated: March 12, 2025

LEVANGIE LONG LOORZ

*/s/ Jeffery C. Long*

Jeffery C. Long
Nevada Bar No. 009430
2969 Prospect Park Drive, Suite 125
Rancho Cordova, CA 95670
(916) 443-4849 (Main Office)
*Attorneys for Defendant Jewish Family Service Agency*

**IT IS SO ORDERED**.

**DATED**: this 13th day of March, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**